# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED MAY 16, 2025

### NO. 03-23-00366-CV

**James Allen Brickley, Appellant**

**v.**

**Copper Investigations & Consulting, LLC, and Ron Potts, Appellees**

**APPEAL FROM THE 146TH DISTRICT COURT OF BELL COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND THEOFANIS
AFFIRMED -- OPINION BY JUSTICE KELLY**

This is an appeal from the judgment signed by the trial court on June 14, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.